1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

GERRY JOHNS,

                      Plaintiff,

    vs.

L.E. SCRIBNER, Warden,

                   Defendant.

CASE NO. 07cv0692-BTM (CAB)

**ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING PETITION, AND GRANTING A CERTIFICATE OF APPEALABILITY**

Plaintiff Gerry Johns has petitioned this Court for habeas corpus relief contending that the California Board of Parole's November 1, 2005 decision denying him parole violated the United States Constitution. The California Superior Court, Court of Appeal, and Supreme Court denied Johns relief on the same claim.

Magistrate Judge Cathy A. Bencivengo issued a Report and Recommendation recommending that the petition be denied. Johns filed objections. The Court has reviewed the Report and Recommendation and the record and after a de novo review of the petition, concludes that the Report and Recommendation properly applied the applicable law to the record. The Court holds that the decision of the California Supreme Court in rejecting the claims was not an unreasonable application of U.S. Supreme Court law. The Court agrees with the analysis in the Report and Recommendation. (See Report and Recommendation at 4–12.) Therefore, the Court adopts the Report and Recommendation as the decision of the Court.

The Report and Recommendation is hereby ADOPTED.

1    The Petition for a Writ of Habeas Corpus is hereby DENIED.

2    The Court GRANTS a certificate of appealability.

3    The Clerk of Court shall enter judgment accordingly.

4  **IT IS SO ORDERED.**

5  DATED:  December 1, 2008

6

7                                          Honorable Barry Ted Moskowitz
                                           United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07cv0692-BTM (CAB)